## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>**555 Fourth Street, N.W.**<br>**Washington, D.C. 20530,**<br><br>             **Plaintiff,**<br><br>    **v.**<br><br>**EUCLID OF VIRGINIA, INC.**<br>**6406 Whittier Court**<br>**Bethesda, Maryland 20817,**<br>      **Serve:  Koo Yuen**<br>              **6406 Whittier Court**<br>              **Bethesda, Maryland 20817**<br><br>      **Serve: Anthony Crowley**<br>              **4522 Albemarle St., NW**<br>              **Washington, D.C. 20016**<br><br>**KOO YUEN**<br>**6406 Whittier Court.**<br>**Bethesda, Maryland 20817,**<br><br>**PATRICIA YUEN**<br>**6406 Whittier Court**<br>**Bethesda, Maryland 20817,**<br><br>**THE KOO YUEN LIFE INSURANCE**<br>**TRUST,**<br>**6406 Whittier Court**<br>**Bethesda, Maryland 20817,**<br>      **Serve: Koo Yuen**<br>              **6406 Whittier Court**<br>              **Bethesda, Maryland 20817**<br><br>**THE PATRICIA YUEN LIFE**<br>**INSURANCE TRUST,**<br>**6406 Whittier Court**<br>**Bethesda, Maryland 20817,** | **Civil Action No.:** |

Serve: Patricia Yuen                             )
   6406 Whittier Court              )
   Bethesda, Maryland 20817        )
          )
THE YUEN CHILDREN'S TRUST,        )
6406 Whittier Ct.                            )
Bethesda, Maryland 20817,          )
  Serve: Koo Yuen and Patricia Yuen   )
   6406 Whittier Court              )
   Bethesda, Maryland 20817        )
          )
5601 AGER, LLC                            )
6406 Whittier Ct.                            )
Bethesda, Maryland 20817,          )
Serve: Koo Yuen, Registered Agent     )
   6406 Whittier Ct.               )
   Bethesda, Maryland 20817        )
          )
225 MCKENDREE, LLC                    )
P.O. Box 9492                             )
Washington, D.C.                          )
Serve: Koo Yuen, Registered Agent     )
   6406 Whittier Ct.               )
   Bethesda, Maryland 20817,       )
          )
  Koo Yuen, Registered Agent         )
  228 McKendree Lane                 )
  Myrtle Beach, South Carolina 29579, )
          )
    Defendants.              )
_____)

## COMPLAINT TO COLLECT DEBT AND AVOID
## FRAUDULENT CONVEYANCES OR OBTAIN MONEY JUDGMENTS

  Comes the plaintiff, the United States of America ("United States"), by and through its

undersigned counsel, and for its Complaint and causes of action against the defendants alleges

follows:

2

## I. <u>NATURE OF THE ACTION</u>

1.     This action is brought by the United States to collect a debt owing to the United

States in the amount of three million, one hundred sixty-four thousand, five hundred fifty-five

dollars ($3,164,555.00), plus interest, administrative fees, and late payment penalties.  This debt

arises as a result of a civil penalty assessed, after a hearing and administrative appeals process, by

the Environmental Protection Agency ("EPA"), an agency of the United States, against defendant

Euclid of Virginia, Inc. ("Euclid"), for numerous violations concerning Euclid's ownership and

operation of petroleum underground storage tanks ("USTs") at 23 facilities in the District of

Columbia, Maryland and Virginia.  *See* Plaintiff's Exhibit ("Plff. Exh.") A (*Final Decision of the*

*Environmental Appeals Board* ("EAB"))*,* attached hereto and incorporated by reference.  The

United States seeks a judgment against Euclid for this debt and also seeks to have liability for

this debt imposed against other defendants named herein as alter egos of Euclid.  Additionally,

the United States seeks to avoid fraudulent transfers made by Euclid.

## II. <u>THE PARTIES</u>

2.     Plaintiff the United States is the sovereign body politic.

3.     Defendant Euclid is a corporation established in 1993 and incorporated under the

laws of the State of Maryland with its current principal place of business at 6406 Whittier Court,

Bethesda, Maryland.  Euclid was registered as a foreign business corporation in the District of

Columbia and Virginia at times relevant to this action.  At the time of the assessment of the civil

penalty against Euclid by the EPA, Euclid's principal office was located at 4225 Connecticut

Avenue, N.W., Washington, D.C.  At times, Euclid has also used a mailing address of P.O. Box

9492, Washington, D.C. 20016.

4.      Koo Yuen is the President of Euclid and resides at 6406 Whittier Court, Bethesda, Maryland. He has also used the mailing address of P.O. Box 9492, Washington, D.C. 20016.

5.      Patricia Yuen is the wife of Koo Yuen. She is the Secretary or a Director of Euclid, and Euclid's bookkeeper. Patricia Yuen resides at 6406 Whittier Court, Bethesda, Maryland. She has also used the mailing address of P.O. Box 9492, Washington, D.C. 20016.

6.      Koo Yuen Life Insurance Trust is a trust established by Koo Yuen. Its address is 6406 Whittier Court, Bethesda, Maryland 20817. Koo Yuen Life Insurance Trust was purportedly the majority shareholder of Euclid. Koo Yuen is the Settlor of this trust. Patricia Yuen is a Trustee of this trust.

7.      The Patricia Yuen Life Insurance Trust is a trust established by Koo Yuen and his wife, Patricia Yuen. Koo Yuen is a Trustee of this trust. Patricia Yuen is the Settlor of this trust. The address for this trust is 6406 Whittier Court, Bethesda, Maryland 20817.

8.      The Yuen Children's Trust is a trust established by Koo Yuen and Patricia Yuen. Koo Yuen is a Trustee of this trust. Patricia Yuen is the Settlor and a Trustee of this trust. The address for this trust is 6406 Whittier Court, Bethesda, Maryland 20817.

9.      The three trusts referenced in paragraphs 6-8 above will be collectively referred to herein as "the Trusts."

10.     Some of the real properties on which Euclid's gas facilities with petroleum USTs were located are or were often held in the names of limited liability companies ("LLCs") or limited partnerships ("LLPs") created by Koo Yuen and his wife, Patricia Yuen. The United States may seek to amend its complaint and add these LLCs and LLPs as additional parties to this

4

suit after preliminary discovery.

11.     5601 AGER, LLC is a Maryland LLC.  Koo Yuen is the registered agent for 5601 AGER, LLC.

12.     225 MCKENDREE, LLC is a South Carolina LLC with a mailing address of P.O. Box 9492, Washington, D.C.  Koo Yuen is the registered agent for 225 MCKENDREE, LLC.

13.     Collectively, Euclid, Koo Yuen, Patricia Yuen and the Trusts are alter egos of one another.

14.     Koo Yuen and Patricia Yuen operated Euclid, the Trusts, and the LLCs and LLPs as a single or common business enterprise in the District of Columbia and elsewhere.

### III.  JURISDICTION AND VENUE

15.     This action is brought by the United States pursuant to 28 U.S.C. § 1345 and the Federal Debt Collection Procedures Act ("FDCPA"), 28 U.S.C. §§ 3001 *et seq*.

16.     Venue is proper under 28 U.S.C. § 1391(b)(2) and (c) because a substantial part of the events or omissions giving rise to the claims took part in the District of Columbia, and Euclid is subject to personal jurisdiction in the District of Columbia.

### IV.  FACTS COMMON TO ALL COUNTS

#### A.  Investigations and Decisions Concerning Euclid's Underground Storage Tanks

17.     In or about March 1, 2001, the Virginia Department of Environmental Quality performed an inspection of Euclid's underground storage tanks, and related equipment and records at a gas station located in Virginia.  This inspection uncovered potential violations of state and federal regulatory requirements for underground storage tanks (USTs) owned by Euclid. Such state regulatory requirements are and were federally-enforceable by virtue of EPA's

authorization of Virginia's UST regulatory program to operate in lieu of the otherwise applicable

federal requirements.  Subsequent inspections of Euclid's equipment uncovered violations at 23

facilities in the District of Columbia, Maryland and Virginia.   These 23 facilities were located at

the following addresses:

District of Columbia

- 4225 Connecticut Avenue, NW, Washington, D.C.
- 22 Florida Avenue, NW, Washington, D.C.
- 1400 W Street, NW, Washington, D.C.
- 420 Rhode Island Avenue, NW, Washington, D.C.
- 1576 Wisconsin Avenue, NW, Washington, D.C.
- 5420 New Hampshire Avenue, NW, Washington, D.C.
- 5001 Georgia Avenue, NW, Washington, D.C.

Maryland

- 4123 Ocean Gate Highway, Trappe, MD
- 4606 68th Avenue, Landover Hills, MD
- 3507 Enterprise Road, Mitchellville, MD
- 8249 Ritchie Highway, Pasadena, MD
- 5342 Sheriff Road, District Heights, MD
- 7713 Allentown Road, Camp Spring, MD
- 2301 University Boulevard, Langley Park, MD
- 3900 Frederick Avenue, Baltimore, MD
- 6181 Annapolis Road, Landover Hills, MD
- 6038 Baltimore Avenue, Hyattsville, MD
- 7887 Barlow Road, Palmer Park, MD
- 3800 Rhode Island Avenue, Brentwood, MD
- 15501 New Hampshire Avenue, Silver Spring, MD
- 5608 Buckeystown Pike, Frederick, MD

Virginia

- 42382 John Mosby Highway, Chantilly, VA.
- 13793 Spotswood Trail, Ruckersville, VA

18.     Each of the real properties on which the facilities were located were owned by one

or more of the Trusts, LLCs, LLPs or other individuals associated with the Yuens.  Euclid and

the Trusts are general and limited partners in some of these LLCs and LLPs.

19.     On September 30, 2002, the EPA initiated an administrative action against

Euclid for violations concerning its USTs.  The requirements for USTs and UST systems are set

forth in the Solid Waste Disposal Act, commonly referred to as the Resource Conservation and

Recovery Act of 1976, as amended by the Hazardous and Solid Waste Amendments of 1984

(collectively "RCRA"), EPA regulations, and the District of Columbia, Maryland and Virginia

UST Programs.

20.     On November 25, 2003, EPA filed an amended complaint against Euclid alleging

74  violations of federal and state UST regulations at 23 facilities owned and/or operated by

Euclid.  The violations for which Euclid was charged pertained to six categories of federal and

state UST regulations:  (1) tank release detection; (2) line release detection; (3) corrosion

protection; (4) overfill protection; (5) spill prevention; and (6) financial responsibility.  With

respect to the sixth category, Euclid was charged with failing to maintain financial mechanisms

to ensure the availability of clean-up funds in the event of a release of petroleum or other

regulated substances at the seven facilities located in the District of Columbia.  These seven

facilities were located at the following addresses in the District of Columbia: 4225 Connecticut

Avenue, NW; 22 Florida Avenue, NW; 1400 W Street, NW; 420 Rhode Island Avenue, NW;

1576 Wisconsin Avenue, NW; 5420 New Hampshire Avenue, NW; and 5001 Georgia Avenue,

NW.

21.     A hearing on 70 of the violations charged against Euclid was conducted before an

administrative law judge ("ALJ"), between January 12, 2004 and February 5, 2004.

22.   During the administrative hearing:

(a)  Euclid proffered testimony claiming that it met the net worth level necessary to demonstrate financial responsibility by means of "self-insurance" based on testimony and financial documents which combined the assets of Euclid, the Trusts, the LLCs and the LLPs.

(b)  Koo Yuen testified during the hearing that the Trusts, and the LLCs and LLPs were under common control and had a common business purpose.

(c)  Koo Yuen testified that he and his wife owned nothing except through the Trusts.

(d)  Koo Yuen testified that he considered the combined assets of the Trusts, the LLCs and the LLPs to be available to cover any liability arising out of the ownership of the USTs.

(e)  Koo Yuen testified that Euclid paid the mortgage payments on the real estate, owned by the LLCs and LLPs, on which the 23 gas station facilities were located.

(f)  Koo Yuen represented that the only asset of each of the LLCs would be the individual real property for which each LLC had been established.  Koo Yuen also represented that Euclid was a member or owned a small percentage of the LLCs and the LLPs.

(g)  Euclid submitted copies of license agreements, sublease and service agreements, independent contractor agreements and lease agreements in which Euclid was one of the parties. In certain instances, these agreements indicate that Euclid was owed monies under these agreements.  The United States will seek to amend its complaint after preliminary discovery on these agreements and the monies owed to Euclid.

(h)  Koo Yuen represented that he was the President, manager and chief financial officer of Euclid, the Trustee of the Patricia Yuen Life Insurance Trust and the authorized agent for the Koo Life Insurance Trust and the Yuen Children's Trust.

8

(i)  Koo Yuen represented that Euclid operates and manages gasoline service stations in the Washington, D.C. area, and that the Trusts invest in, among other things, gasoline service stations.  On information and belief, these Trusts have other assets, such as real properties throughout the United States and elsewhere.

(j)  Koo Yuen represented that he had participated in the acquisition of all of the service stations at issue in the EPA's case.

23.  On November 9, 2006, the ALJ issued a decision finding Euclid liable for sixty-nine of the violations alleged in EPA's complaint and assessed Euclid a civil monetary penalty of three million, eighty-five thousand, two hundred ninety-three dollars ($3,085,293).

24.  The violations for which Euclid was found liable posed risks to human health and environment.

25.  Euclid appealed the ALJ's decision to the EAB.  The EPA cross-appealed three counts for which the ALJ had held Euclid liable only for part of the time period alleged by the EPA.

26.  On March 11, 2008, the EAB upheld all findings of liability from the ALJ's Initial Decision, but held that the ALJ had erred in failing to find Euclid liable for the violations in the three counts appealed by the EPA.  The EAB increased the civil monetary penalty against Euclid to three million, one hundred sixty-four thousand, five hundred fifty-five dollars ($3,164,555). *See* Plff. Exh. A.

27.  Euclid improperly appealed the EAB's decision to the United States Court of Appeals for the District of Columbia and the matter was transferred to the United States District Court for the District of Columbia.  *See* Civil Action No. 08-1088.  On October 21, 2008,

9

Euclid voluntarily dismissed its action without filing a complaint. *Id.* at ECF 3.

28.    There are no further appeals of the EAB's final decision pending in any court. Euclid owes the United States a debt of $3,164,555, plus interest, administrative fees, and late payment penalties. The amount owed by Euclid constitutes a "debt" under the FDCPA. *See* 28 U.S.C. § 3002(3)(b). To date, Euclid has made no payments toward the debt owed to the United States. Demands for payment have been made, but they have not been honored.

### B. Transfers of Euclid's Assets

29.    In July 2008, Euclid advised the District of Columbia and the states of Virginia and Maryland that, effective June 25, 2008, Euclid had transferred the operation of some of its gas stations, including the USTs, to Mid-Atlantic Petroleum Properties, LLC. *See* Exhibits B (*Letter to District Department of The Environment*) and C1 and C2 (*Letters to Virginia DEQ and Maryland Department of The Environment*), attached hereto and incorporated by reference. Euclid transferred these assets approximately three months after the EAB's final decision. The United States may seek to amend its complaint after preliminary discovery with respect to these transfers.

30.    On June 26, 2009, Koo Yuen, as President of Euclid, conveyed real property located at 4102 Walter Avenue, Baltimore, Maryland for the sum of $200,000 to 5601 AGER, LLC, a Maryland Limited Liability Company. *See* Exhibit D, attached hereto and incorporated by reference. Koo Yuen is the registered agent for 5601 AGER, LLC, with its principal office at 6406 Whittier Court, Bethesda, Maryland. This is the same address as the residence of Koo Yuen and Patricia Yuen. Additionally, 5601 AGER LLC has used a mailing address of P.O. Box 9492, Washington, D.C. 20016. Euclid, Koo Yuen, the Koo Yuen Life Insurance Trust and the

Patricia Yuen Life Insurance Trust have used the mailing address of P.O. Box 9492, Washington, D.C. 20016.

31.     On August 17, 2009, Koo Yuen, as President of Euclid, conveyed real property located at 4584 Hidden Creek Lane, Horry County, South Carolina for the sum of $118,300 to 225 McKendree, LLC. *See* Exhibit E, attached hereto and incorporated by reference.  Koo Yuen is the registered agent for 225 McKendree, LLC.  The address used by 225 McKendree, LLC was P.O. Box 9492, Washington, D.C. 20016.  Euclid, Koo Yuen, the Koo Yuen Life Insurance Trust and the Patricia Yuen Life Insurance Trust have used the mailing address of P.O. Box 9492, Washington, D.C. 20016.

32.     On August 17, 2009, Koo Yuen, as President of Euclid, conveyed real property located at 699 Oakhurst Drive, Horry County, South Carolina for the sum of $115,200 to 225 McKendree, LLC.  *See* Exhibit F, attached hereto and incorporated by reference.  Koo Yuen is the registered agent for 225 McKendree, LLC.  The address used by 225 McKendree, LLC was P.O. Box 9492, Washington, D.C. 20016.  Euclid, Koo Yuen, the Koo Yuen Life Insurance Trust and the Patricia Yuen Life Insurance Trust have used the mailing address of P.O. Box 9492, Washington, D.C. 20016.

33.     On August 17, 2009, Koo Yuen, as President of Euclid, conveyed to 225 McKendree, LLC, real property located at 928 Silvercrest Drive, Horry County, South Carolina for the sum of $32,423.78 and assumption of a mortgage. *See* Exhibit G, attached hereto and incorporated by reference.  Koo Yuen is the registered agent for 225 McKendree, LLC.  The address used by 225 McKendree, LLC was P.O. Box 9492, Washington, D.C. 20016.  Euclid, Koo Yuen, the Koo Yuen Life Insurance Trust and the Patricia Yuen Life Insurance Trust have

11

used the mailing address of P.O. Box 9492, Washington, D.C. 20016.

34.     On August 17, 2009, Koo Yuen, as President of Euclid, conveyed real property to 225 McKendree, LLC located at 1512 Lantern's Rest Road, Horry County, South Carolina for the sum of $39,634.48 and an assumption of a mortgage. *See* Exhibit H, attached hereto and incorporated by reference. Koo Yuen is the registered agent for 225 McKendree, LLC. The address used by 225 McKendree, LLC was P.O. Box 9492, Washington, D.C. 20016. Euclid, Koo Yuen, the Koo Yuen Life Insurance Trust and the Patricia Yuen Life Insurance Trust have used the mailing address of P.O. Box 9492, Washington, D.C. 20016.

35.     On August 17, 2009, Koo Yuen, as President of Euclid, conveyed to 225 McKendree, LLC, real property located at 116 Cornerstone Lane, Horry County, South Carolina for the sum of $27,153.02 and assumption of a mortgage. *See* Exhibit I, attached hereto and incorporated by reference. Koo Yuen is the registered agent for 225 McKendree, LLC. The address used by 225 McKendree, LLC was P.O. Box 9492, Washington, D.C. 20016. Euclid, Koo Yuen, the Koo Yuen Life Insurance Trust and the Patricia Yuen Life Insurance Trust have used the mailing address of P.O. Box 9492, Washington, D.C. 20016.

36.     On August 17, 2009, Koo Yuen, as President of Euclid, conveyed to 225 McKendree, LLC, real property located at 8109 Pleasant Point Lane, Horry County, South Carolina for the sum of $65,421.58 and assumption of a mortgage. *See* Exhibit J, attached hereto and incorporated by reference. Koo Yuen is the registered agent for 225 McKendree, LLC. The address used by 225 McKendree, LLC was P.O. Box 9492, Washington, D.C. 20016. Euclid, Koo Yuen, the Koo Yuen Life Insurance Trust and the Patricia Yuen Life Insurance Trust have used the mailing address of P.O. Box 9492, Washington, D.C. 20016.

37.    On August 17, 2009, Koo Yuen, as President of Euclid, conveyed to 225

McKendree, LLC, real property located at 4686 Southgate Parkway, Horry County, South

Carolina for the sum of $39,154.61 and assumption of a mortgage. *See* Exhibit K, attached

hereto and incorporated by reference. Koo Yuen is the registered agent for 225 McKendree,

LLC. The address used by 225 McKendree, LLC was P.O. Box 9492, Washington, D.C. 20016.

Euclid, Koo Yuen, the Koo Yuen Life Insurance Trust and the Patricia Yuen Life Insurance Trust

have used the mailing address of P.O. Box 9492, Washington, D.C. 20016.

38.    Euclid and Koo Yuen have dissipated significant assets which should have been

used to pay Euclid's federal debt. On information and belief, Euclid and Koo Yuen have

transferred other assets which have been prejudicial to the United States, and the United States

will seek to amend its Complaint after preliminary discovery with respect to these transfers.

## Count One

### (Debt To The United States)

39.    Plaintiff incorporates paragraphs 1 through 38 of this Complaint as if fully set

forth herein.

40.    The amount owed by Euclid constitutes a "debt" within the meaning of the

FDCPA, 28 U.S.C. § 3002(3)(B).

41.    Despite demand for payment, Euclid has failed to pay this debt owed to the United

States.

WHEREFORE, the United States respectfully requests that the Court enter judgment

against Euclid in the amount of three million, one hundred sixty-four thousand, five hundred fifty

five dollars ($3,164,555.00), plus interest, administrative fees, and late payment penalties, and

grant such other relief as may be just.

## Count Two

### (Euclid's Corporate Veil Should Be Pierced)
### (Based On Alter Ego and Single Business Enterprise Theories)

42.     Plaintiff incorporates paragraphs 1 through 38 of this Complaint as if fully set forth herein.

43.     The profits derived from the operation of Euclid, including Euclid's USTs, flowed to other entities, all of which are or were closely controlled by Euclid's President, Koo Yuen and his wife Patricia Yuen.

44.     Koo Yuen and his wife, through the Trusts, LLCs and partnerships, have siphoned Euclid's profits for their own benefits.

45.     Koo Yuen and his wife have violated their fiduciary duties and their duties of loyalty to Euclid and Euclid's creditors, including the United States.

46.     Euclid and the Yuens have ignored legal distinctions and failed to observe corporate formalities.

47.     Euclid was not reasonably capitalized in light of the nature and risk of its business.

48.     Euclid failed to maintain corporate records.

49.     Euclid was not operated as a separate entity, but instead its resources were integrated with the Trusts, the LLCs and the LLPs to achieve a common business purpose.

50.     Euclid, the Trusts, and the LLCs and LLPs constitute a single business enterprise.

51.     The Trusts, Koo Yuen and Patricia Yuen are alter egos of Euclid and these

14

defendants should be jointly and severally liable with Euclid for the debt of three million, one hundred sixty-four thousand, five hundred fifty five dollars ($3,164,555.00), plus interest, administrative fees, and late payment penalties owed to the United States.

WHEREFORE, the United States respectfully requests that the Court enter judgment against defendants, Koo Yuen, Patricia Yuen, the Koo Yuen Life Insurance Trust, the Patricia Yuen Life Insurance Trust and the Yuen Children's Trust jointly and severally with Euclid in the amount of three million, one hundred sixty-four thousand, five hundred fifty five dollars ($3,164,555.00), plus interest, administrative fees, and late payment penalties, and grant such other relief as may be just.

## COUNT THREE

### (Fraudulent Transfers)

52.     Plaintiff incorporates paragraphs 1 through 38 and 43 through 50 of this Complaint as if fully set forth herein.

53.     Koo Yuen and his wife have transferred Euclid's assets while Euclid was under investigation by the EPA, Virginia and Maryland, after the ALJ's initial decision and after the EAB's final decision.

54.     Koo Yuen and Patricia Yuen, as officers of Euclid, owed duties of loyalty and fiduciary duties to Euclid and Euclid's creditors, including the United States.

55.     Euclid has transferred monies or assets to affiliates as defined in 28 U.S.C. § 3301. These transfers constitute fraudulent transfers in violation of 28 U.S.C. § 3301.

56.     Euclid has transferred monies or assets to insiders as defined in 28 U.S.C. § 3301. These transfers constitute fraudulent transfers in violation of 28 U.S.C. § 3301.

57.     The transfers of Euclid's property and assets set forth in paragraphs 30 through 37 of this Complaint constitute fraudulent transfers in violation of 28 U.S.C. § 3301.

58.     The transfers identified in paragraphs 30 through 37 of this Complaint were prejudicial to the United States with the effect of hindering, delaying or defrauding the United States. *See* 28 U.S.C. § 3101(b)(1)(B), (b)(1)(c).

59.     Each of the transfers set forth in paragraphs 30 through 37 of this Complaint should be set aside as actual or constructive fraudulent conveyances in violation of 28 U.S.C. § 3304(a).

WHEREFORE, the United States requests that this Court:

1.     Determine, adjudge and decree that Euclid's transfer of the properties in Maryland and South Carolina described in paragraphs 30 through 37 of this Complaint were fraudulent as to the United States; and

2.     Order that the transfers of the properties described in paragraphs 30 through 37 of this Complaint be voided and title in these properties restored to Euclid.

### REQUEST FOR RELIEF

WHEREFORE, the plaintiff United States demands:

a.     Judgment against defendants, Euclid, Koo Yuen, Patricia Yuen, and the Trust jointly and severally in the sum of $3,164,555.00, plus interest, administrative fees, late payment penalties, and costs;

b.     An order setting aside the transfers of property from Euclid set forth in paragraphs 30 through 37 and restoring title of these properties to Euclid;

c.     The United States's costs and attorney's fees incurred in this action;

16

d.     A surcharge pursuant to 28 U.S.C. § 3011(a); and

e.     Any and all other proper relief to which the United States may be entitled.

> UNITED STATES OF AMERICA
>
> RONALD C. MACHEN JR.
> United States Attorney
>   For the District of Columbia
> D.C. Bar No. 447889
>
> RUDOLPH CONTRERAS
> Chief, Civil Division
> D.C. Bar No. 434122
>
> By:  JUDITH A. KIDWELL
>      Assistant United States Attorney
>      555 Fourth Street, N.W.
>      Civil Division, Room E4212
>      Washington, D.C.  20530
>      (202) 514-7250
>      Judith.A.Kidwell@usdoj.gov

17