IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No.: 11-639 (RMC) |
| v. ) | |
| ) | |
| EUCLID OF VIRGINIA, INC., *et al.* ) | |
| ) | |
| Defendants. ) | |

## STIPULATION OF SETTLEMENT AND DISMISSAL WITHOUT PREJUDICE

The United of America, by and through undersigned counsel, and Defendants, Euclid of Virginia, Inc., Koo L. Yuen, Patricia Yuen, Koo Yuen Life Insurance Trust, Patricia Yuen Life Insurance Trust, Yuen Children's Trust, 5601 Ager, LLC, and 225 McKendree, LLC, by and through undersigned counsel, hereby stipulate as follows:

1. That the above-captioned civil action shall be settled and dismissed pursuant to the terms of the attached Settlement Agreement. *See* Exhibit One.

2. This Stipulation shall be binding upon and inure to the benefit of the Parties and their respective successors and assigns.

3. The parties shall bear their own attorney's fees and costs.

4. The Court shall retain jurisdiction of this matter to resolve any claim of noncompliance with the Settlement Agreement and enforce the terms thereof.

IN WITNESS WHEREOF, the Parties hereto, through their respective counsel of record, have stipulated to the foregoing.

RONALD C. MACHEN JR.
United States Attorney
 For the District of Columbia
D.C. Bar No. 447889

_____/s/_____
RUDOLPH CONTRERAS
Chief, Civil Division
D.C. Bar No. 434122

_____/s/_____
JUDITH A. KIDWELL
Assistant United States Attorney
555 Fourth Street, N.W., Room E4212
Washington, D.C.  20530
(202) 514-7250
Judith.A.Kidwell@usdoj.gov

**COUNSEL FOR UNITED STATES OF AMERICA**

BLANK ROME LLP

_____/s/_____
GREGORY F. LINSIN, ESQ.
Watergate
600 New Hampshire Avenue, N.W.
Washington, D.C. 20037
Telephone:  (202) 772-5853
Fax:  (202) 572-1402

**COUNSEL FOR DEFENDANTS**

PURSUANT TO STIPULATION, IT IS SO ORDERED, this \_21\_ day of July, 2011.

\_\_\_/s/ Rosemary M. Collyer_____
ROSEMARY M. COLLYER
United States District Court Judge

2